1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA, )
                             )
11          Plaintiff,       )        CASE NO.    CR05-301MJP
                             )
12       v.                  )
                             )
13                           )        DETENTION ORDER
     GREGORY JOHN RADER,     )
14                           )
            Defendant.       )
15  _____)

16  Offense charged:

17          Count I:       Possession of Visual Depictions of Minors Engaged in Sexually

18                         Explicit Conduct, in violation of Title 18, U.S.C., Section

19                         2252(a)(4)(B) and (b)(2).

20  Date of Detention Hearing: September 28, 2006.

21          The Court, having conducted an uncontested detention hearing pursuant to Title

22  18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for

23  detention hereafter set forth, finds that no condition or combination of conditions which the

24  defendant can meet will reasonably assure the appearance of the defendant as required and

25  the safety of any other person and the community.  The Government was represented by

26  Kelly Harris.  The defendant was represented by Paula Deutsch.

DETENTION ORDER
PAGE -1-

1    The Government moves for detention, to which the defendant stipulates.

2    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

3    (1)    There is probable cause to believe the defendant committed the offense.

4           The offense involves a minor.  There is therefore a rebuttable

5           presumption against the  defendant's release based upon both

6           dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

7    (2)    Nothing in this record satisfactorily rebuts the presumption against

8           release for several reasons:  Using the factors below, under Title 18 §

9           3142 (g), the Court considered the following:

10          (a)    The nature and circumstances of the offense charged, including

11                 whether the offense is a crime of violence or involves a narcotic

12                 drug;

13          (b)    The weight of the evidence;

14          (c)    The history and characteristics of the person; and

15          (d)    Risk of danger to the community.

16   (3)    The defendant stipulates to detention.

17   (4)    Based upon the foregoing information, it appears that there is no

18          condition or combination of conditions that would reasonably assure

19          future Court appearances and/or the safety of other persons or the

20          community.

21   **It is therefore ORDERED**:

22   (l)    The defendant shall be detained pending trial and committed to the

23          custody of the Attorney General for confinement in a correction facility

24          separate, to the extent practicable, from persons awaiting or serving

25          sentences or being held in custody pending appeal;

26   (2)    The defendant shall be afforded reasonable opportunity for private

DETENTION ORDER
PAGE -2-

1     consultation with counsel;

2    (3)    On order of a court of the United States or on request of an attorney for

3          the Government, the person in charge of the corrections facility in which

4          the defendant is confined shall deliver the defendant to a United States

5          Marshal for the purpose of an appearance in connection with a court

6          proceeding; and

7    (4)    The clerk shall direct copies of this order to counsel for the United

8          States, to counsel for the defendant, to the United States Marshal, and to

9          the United States Pretrial Services Officer.

10    DATED this 30th day of September, 2006.

11

12

13         Monica J. Benton

14         U.S. Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-