HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO. CR05-301 MJP |
| Plaintiff,  ) | |
| ) | ORDER GRANTING STIPULATED |
| vs.  ) | MOTION TO CONTINUE TRIAL |
| ) | |
| GREGORY RADER,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

THE COURT, having considered the parties' stipulated motion to continue trial, hereby makes the following findings:

1.  The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.  The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to February 12, 2007, and the deadline in which to file pretrial motions is continued to January 11, 2007.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL
(Gregory Rader; CR05-301P)
- 1 -
**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS FURTHER ORDERED that the period of time from the current trial date of November 27, 2006, up to and including the new trial date of February 12, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DONE this 15th day of November, 2006.

*/S/Marsha J. Pechman*
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Paula Semmes Deutsch
Attorney for Gregory Rader

s/ Kelly Harris
Assistant United States Attorney
*per telephonic authorization*

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL
(Gregory Rader; CR05-301P)

- 2 -

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**